**ISP:** Road Runner
**Location:** Waterford, WI

| Hit Date UTC | Filename |
|---|---|
| 04/29/2013 | X-Art – I Love X-Art – Kaylee aka Candice Luca [720p].mp4 |
| 04/29/2013 | X-Art – Bottoms Up – Bunny [720p].wmv |
| 04/29/2013 | PinkVisual – Karina White, Molly Bennett – Caught Cheatingg.mp4 |
| 04/29/2013 | ylp.13.04.19.margot.a.curly.haired.loneliness.mp4 |
| 04/29/2013 | A.Good.Day.To.Die.Hard.2013.DVDRip.JayBob.HQ.[FR] |
| 04/29/2013 | Ronal.Barbaren.RGBM.(2011).DR5.DVDRip.avi |
| 04/29/2013 | X-Art – Alice – Old Enough To Know Better [1080p].mp4 |
| 04/29/2013 | X-Art – Getting Down – Angelica [720p].wmv |
| 04/29/2013 | ktr.ylp.13.01.09.alexis.crystal.and.milagres.secret.room.of.love.mp4 |
| 04/29/2013 | X-Art – Melanie, Victoria – Every Mans Desire (HD 1080p).mov |
| 04/29/2013 | 100 Greatest Standups DVD.iso.cdr |
| 04/29/2013 | X-Art – Fashion Models – Bunny, Scarlet [720p].wmv |
| 04/29/2013 | Green green grass S1E3.avi |
| 04/28/2013 | Natasha.2006.STV.DVDRip.XviD-TheWretched.avi |
| 04/28/2013 | Laleh – Svarta ?gon (Live Album).mpg |
| 04/24/2013 | Can He Score – Lexi Belle HD 720p |
| 04/14/2013 | I Have A Wife – Dani Jensen |
| 04/13/2013 | 18YearsOld – Poolside Fire – Dani Jensen [720p].wmv |
| 04/13/2013 | Teens Like It Big – DANI JENSEN and MARIE MCCRAY New 26 March 2013 |
| 04/13/2013 | My Wifes Hot Friend – Dani Jensen |
| 04/13/2013 | REG – 2013-03-19 – Dani Jensen – Fiery Pussy |
| 04/13/2013 | Dani Jensen (08.04.2013) Cocaine.wmv |
| 04/13/2013 | Nikita XXX – Gemma Massey, Dani Jensen.mp4 |
| 04/13/2013 | ktr.sart.12.09.06.dani.jensen.sexart.style.mp4 |
| 04/12/2013 | Lexi Belle – Naughty Office HD720p (reshi5531) |
| 04/12/2013 | Lexi Belle, Mia Malkova (2ChicksSameTime) |
| 04/11/2013 | Woodman.Casting.X.El.Storm.XXX.pornalized.com.avi |
| 04/11/2013 | Lexi Belle – Lexi Belle In Miami |
| 04/11/2013 | Twistys.Chelsea.French.XXX.pornalized.avi |
| 04/11/2013 | Lexi Belle Stuck Around for More.mp4 |
| 04/11/2013 | Lexi Belle Fucked and Glazed.mp4 |
| 04/11/2013 | (ebook – PDF – Self Help) Harry Lorayne – Super Power Memory.pdf |
| 04/11/2013 | BB – 2013-03-26 – Logan Drae – Turn Me On |
| 04/11/2013 | Boldly Girls – Asa Akira And Lexi Belle HD 720p |
| 04/11/2013 | Wolfmother-Wolfmother-2006-eXe |

| Hit Date UTC | Filename |
|---|---|
| 04/11/2013 | Lexi Belle Getting Filled Up  .mp4 |
| 04/11/2013 | Alice.Alice.Pleasureland.Twistys.2013_iyutero.com.wmv |
| 04/10/2013 | X-Art - In Love With Lexi - Lexi Belle [1080p].mp4 |
| 04/10/2013 | Lexi Belle, Mia Malkova (22.03.2013) Cocaine.wmv |
| 04/10/2013 | POV Casting Couch 11 - Lexi Belle Creampie |
| 04/10/2013 | Lexi Belle, Dani Jensen_720p.mp4 |
| 04/10/2013 | [ www.TorrentDay.com ] - The.Graham.Norton.Show.S12E17.480p.HDTV.x264-mSD |
| 04/10/2013 | Rise of Saelan demo.exe |
| 04/10/2013 | A Taste of Italy.pdf |
| 04/10/2013 | Burn.Notice.S06E02.720p.HDTV.x264-IMMERSE [PublicHD] |
| 04/10/2013 | My Sisters Hot Friend - Lexi Belle |
| 04/09/2013 | X-Art.com - Lexi Belle and Mia Malkova - Pretty Babies (05.04.13).mp4 |
| 04/09/2013 | Twistys.13.04.05.Brandy.Aniston.Cookin.It.Up.XXX.720p.x264-SEXORS |
| 04/09/2013 | Twistys.Logan.Drae.Red.Hot.XXX.pornalized.avi |
| 04/09/2013 | X-Art - Out Of This World - Angelica [1080p].mov |
| 04/09/2013 | Twistys.Angel.Kiss.Prom.Night.XXX.1080p.pornalized.mov |
| 04/09/2013 | PorelChiquito - Aleska Diamond  (Guess Whos Cumming To Dinner) |
| 04/09/2013 | Leila_X-Art_XXX_Erotic Video-x-art.com.mov |
| 04/09/2013 | Antonio Vivaldi - The Four Seasons La Tempesta Di Mare II Piacere |
| 04/09/2013 | MassageCreep - Linda Lay wmv XVID |
| 04/09/2013 | Twistys.Alice.March.Never.Too.Early.For.Fun.XXX.pornalized.wmv |
| 04/09/2013 | Cherie.Get.Ready.For.Cherie.Twistys.2013.HD_iyutero.com.wmv |
| 04/09/2013 | Twistys.Brett.Rossi.Spread.Em.XXX.pornalized.avi |
| 04/09/2013 | Massage Creep - Aleska Diamond |
| 04/09/2013 | MassageCreep - Natalia Starr - Back For More (720p).wmv |
| 04/09/2013 | Joymii.Aleska.Diamond.Playful.Finish.XXX.pornalized.mov |
| 04/09/2013 | Porn Star Spa - Lexi Belle HD 720p |
| 04/09/2013 | Orgasms - Feel My Warmth - Aleska Diamond [720p].mov |
| 04/08/2013 | ylp.13.04.13.eufrat.and.nicca.lick.it.until.im.cumming.mp4 |
| 04/08/2013 | SexoEnPublico - Aleska Diamond 08 February 2013 |
| 04/08/2013 | X-Art - Apartment Number Four - Gianna [720p].mov |
| 04/08/2013 | X.Art.Alice.Featherlight.XXX.pornalized.wmv |
| 04/08/2013 | Joymii.13.04.06.Amirah.A.Young.Love.XXX.720p.MOV-KTR |
| 04/08/2013 | X-Art - Apartment Number Four - Gianna [1080p].mov |
| 04/08/2013 | Joymii - Giselle L - Perfect Lovers.mov |
| 04/08/2013 | Spektrum |
| 04/08/2013 | 15-bon_jovi_-_have_a_nice_day-zzzz.mp3 |
| 04/08/2013 | aleska-diamond-and-eve-angel-9431eav1-qhd.mp4 |
| 04/08/2013 | National.Geographic.Samurai.Sword.WS.PDTV.XviD-G4L |
| 04/08/2013 | Die Toten Hosen - Bayern.avi |
| 03/30/2013 | 18onlygirls - A Curvy Gets A Big - Klara [1080p].mp4 |

| Hit Date UTC | Filename |
|---|---|
| 03/29/2013 | 18OnlyGirls – Sex Trip – Loly [720p].wmv |
| 03/29/2013 | YoungLegalPorn – You Make Me Breathe – Guerlain, Madonna [720p].mp4 |
| 03/29/2013 | Guerlain – Hot Hetaera [YoungLegalPorn.com – 2013] 720p.mp4 |
| 03/29/2013 | Young.Massage.Parlor.Girls.2.XXX |
| 03/29/2013 | WowGirls – Naked Hug – Madonna, Guerlain [720p].mp4 |
| 03/29/2013 | YoungLegalPorn – Schoolmates – Madonna, Guerlain [720p].mp4 |
| 03/29/2013 | YoungLegalPorn – Gorgeous In Red – Guerlain [720p].mp4 |
| 03/29/2013 | Young Massage Parlor Girls XXX DVDRip |
| 03/29/2013 | Clover – Erotic Physio Massage |
| 03/29/2013 | Elvira – Sexy Sports Massage HD 1080p |
| 03/29/2013 | Guerlain – Erotic Splash [18OnlyGirls.com – 31.12.2011] 720p.mp4 |
| 03/29/2013 | Guerlain – A Top Player.mp4 |
| 03/29/2013 | Guerlain – Irresistible Charm.mp4 |
| 03/28/2013 | 18OnlyGirls – Erotic Splash – Guerlain [720p.mp4 |
| 03/28/2013 | 18OnlyGirls – Blonde Hair, Blue Jeans – Erica [1080p].mp4 |
| 03/28/2013 | m1093_business_trip_part_3_sd.flv |
| 03/28/2013 | wkd_cougars_and_cubs_400p_1300.mp4 |
| 03/28/2013 | X-Art – Circles Of Bliss – Addison [1080p].mov |
| 03/28/2013 | nafracheljohnny_qt.mp4 |
| 03/28/2013 | mdhgadrianalevi_qt.mp4 |
| 03/28/2013 | mgbfkenziesonny_qt.mp4 |
| 03/28/2013 | 18OnlyGirls – Girly Passion – Madonna, Guerlain [720p].mp4 |
| 03/28/2013 | 18Onlygirls – Hardcore Parlour – Alyona [720p].mp4 |
| 03/28/2013 | pup_marie_getty_480p_1000.mp4 |
| 03/28/2013 | x-art_kiera_seth_late_for_work_540.mp4 |
| 03/28/2013 | Hot Young Skinny Amateur Chick Gets Licked and Fucked.avi |
| 03/28/2013 | rws_lisa_ann_480p_1000.mp4 |
| 03/28/2013 | Yoko – Asian Erotic Massage |
| 03/28/2013 | Massage Girls 18 – Shaye |
| 03/28/2013 | Couples Massage |
| 03/28/2013 | ktr.ylp.13.03.02.lauren.all.i.need.is.to.cum.mp4 |
| 03/28/2013 | 18OnlyGirls – Explore My Hole – Addison [1080p].mp4 |
| 03/28/2013 | nubilefilms_addicted_to_love_960.mp4 |
| 03/28/2013 | sexy_ava_big-kweli.mp4 |
| 03/28/2013 | rws_kiki_minaj_480p_1000.mp4 |
| 03/28/2013 | Sweet Young Teen Couple Very Nice Fuck.avi |
| 03/28/2013 | Blind.Date.2013.XXX.DVDRip.x264-Jiggly.mp4 |
| 03/28/2013 | 18OnlyGirls – Cock Obsessed Cutie – Aprilia [720p].mp4 |
| 03/28/2013 | 18OnlyGirls – Fire In My Hole – Mia [720p].mp4 |
| 03/28/2013 | 18onlygirls – Let Me Ride Your Wood – Paula Shy [1080p].mp4 |
| 03/28/2013 | 18onlygirls – Mysterious Fairy – Guerlain [1080p].mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/28/2013 | Kiki – Power Orgasm Massage |
| 03/20/2013 | Orgasms – Where There Women – Eufrat, Eileen, Lucia [720p].mov |
| 03/20/2013 | Orgasms – Give It To Me – Sandra [1080p].mov |
| 03/20/2013 | Orgasms – The Business Trip Part 1 – Celine [1080p].mov |
| 03/20/2013 | 18XGirls – Petite Angelica Gets Pounded Up On The Couch [1080p].wmv |
| 03/19/2013 | BrazzersVault – Angelica.Heart XVID |
| 03/19/2013 | Orgasms – Massage Rooms – Angel [720p].mov |
| 03/19/2013 | Orgasms – Russian Gymnast – Gina [1080p].mp4 |
| 03/18/2013 | PorelChiquito – Aleska Diamond (Guess Whos Cumming To Dinner) |
| 03/18/2013 | ORGASMS.XXX The Business Trip Part 2 Olivia |
| 03/18/2013 | Bare Egil Band |
| 03/18/2013 | New Sensations – Hair Down There DVDRip |
| 03/18/2013 | X-Art – Lexi Belle (Ready for Bed) |
| 03/18/2013 | 2000 – Top Secret (Greatest Hits) [192] |
| 03/18/2013 | Joymii.13.03.14.Aleska.D.Ballet.Solo.XXX.720p.MOV-KTR |
| 03/18/2013 | Sexy.Seductive.Housewives.XXX.DVDRip.XviD-NYMPHO |
| 03/18/2013 | X-Art – A Little Rain Must Fall – Angelica [720p].wmv |
| 03/18/2013 | X-Art – Spilled Milk – Angelica [1080p].mov |
| 03/18/2013 | X-Art – Another Night – Bunny [720p].mp4 |
| 03/18/2013 | [JoyMii] Ella Milano (Cumming Home).mp4 |
| 03/18/2013 | Orgasms – Lakeside – Aleska Diamond [1080p].mov |
| 03/18/2013 | X-Art – Red Satin – Mia Malkova [720p] |
| 03/18/2013 | Tegan and Sara – If It Was You |
| 03/18/2013 | Mikaela.Sexy.nude.massage.gets.the.girl.extremely.horny.HDMassagePorn.2013.HD_iyutero.com.mp4 |
| 03/18/2013 | Joymii.13.03.09.Chastity.L.Wet.Pleasure.XXX.720p.MOV-KTR |
| 03/18/2013 | X-Art – Late For Work – Kiera [720p].mp4 |
| 03/18/2013 | Culioneros – Aleska Diamond |
| 03/17/2013 | Nikita Von James and Charity Bangs HD.mp4 |
| 03/17/2013 | NubileFilms – Adorable – Beata Undine [720p].mp4 |
| 03/17/2013 | WowPorn.12.12.18.Iwia.And.Nikita.Lick.Me.Gently.XXX.1080p.MP4-KTR |
| 03/17/2013 | 18OnlyGirls – Clits – Leila Smith, Nikita Sugar [1080p].mp4 |
| 03/14/2013 | WowGirls – American Star – Kiera [1080p].wmv |
| 03/13/2013 | WowGirls – Balls Deep – Mia [720p].mp4 |
| 03/13/2013 | WowGirls – I Love Threesome – LollyPop [1080p].mp4 |
| 03/13/2013 | WowGirls – The Mirror of Desire – Eufrat [1080p].mp4 |
| 03/13/2013 | WowGirls – The Weakness Of The Princess – Anjelica [720p].mp4 |
| 03/13/2013 | WowGirls – Redhead In The Mood – Mia Sollis [1080p].wmv |
| 03/13/2013 | WowGirls – Massage For A Little Princess – Monroe, Sabrina [720p].mp4 |
| 03/13/2013 | evfrat-mai-zealous-nubilefilms-2013-xxx.mp4 |
| 03/13/2013 | WowGirls – Best Fucking Skills – Natasha Von aka Nataly Von [720p].mp4 |
| 03/13/2013 | WowGirls – Come Again – Natasha Von [1080p].mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/13/2013 | WowGirls – A Holiday Romance – Zoe [720p].mp4 |
| 03/13/2013 | WowGirls – To My Balls – Nikita [1080p].mp4 |
| 03/13/2013 | WowGirls – Hardcore Innocence – Livia [1080p].mp4 |
| 03/13/2013 | WowGirls – Orgasm Obsessed – Lauren aka Lauren Crist [1080p].mp4 |
| 03/13/2013 | WowGirls – Cream My Mouth – Beata [1080p].mp4 |
| 03/13/2013 | WowGirls – Juicy Lips – Madonna [1080p].mp4 |
| 03/13/2013 | WowGirls – Must-Own Girl Anjelica [1080p].mp4 |
| 03/13/2013 | WowGirls – Rocking Baby – Madonna [720p].mp4 |
| 03/13/2013 | WowGirls – Girly Seduce – Melanie B, Stephanie [1080p].mp4 |
| 03/13/2013 | WowGirls – Look At My Eyes – Guerlain [720p].mp4 |
| 03/13/2013 | WowGirls – Too Big – Beata [720p].mp4 |
| 03/09/2013 | Babes – Touching Me – Mia Malkova [720p].mp4 |
| 03/09/2013 | Mia Malkova – Blonde Embrace |
| 03/09/2013 | NaughtyAmerica–Mia Malkova ( 29.11.2012) (2012) HDTV |
| 03/08/2013 | joymii.13.01.28.chastity.l.and.lily.l.loving.her–chkm8te.mov |
| 03/08/2013 | Mia Malkova – Tweaking Her Pussy.mp4 |
| 03/08/2013 | Mia Malkova – Your Xmas Treat HD 720p |
| 03/08/2013 | Kaylee – Mad Passion HD 1080p |
| 03/08/2013 | Mia Malkova – Hair Down There.mp4 |
| 03/08/2013 | X-Art – Maya (Photo Fantasy) 2012 1080p WEB-DL AAC MPEG-4-KTR.mov |
| 03/08/2013 | JoyMii – Eliana R., Presley H.(Threesome Lust) |
| 03/08/2013 | Passion-HD – Tasha Reign, Holly Michaels XVID |
| 03/08/2013 | Mia Malkova – Peeper Protector |
| 03/08/2013 | Twistys.13.03.06.Spencer.Scott.Pleasure.Is.My.Business.XXX.720p.x264-SEXORS |
| 03/08/2013 | Killergram.Ely.Pink.Im.Watching.Over.You.XXX.pornalized.com.avi |
| 03/08/2013 | Kendall Carson – Leg Lust |
| 03/08/2013 | Passion-HD – Natalie (Fleeting Passion) |
| 03/08/2013 | Mia Malkova – Bends And Bangs |
| 03/08/2013 | Mia Malkova – The Treat And The Fan |
| 03/08/2013 | Mia Malkova – Peter North Pov 42 HD 1080p |
| 03/08/2013 | Blind Passion – Anjelica And Momoko HD 720p |
| 03/08/2013 | Teens Like It Big – Mia Malkova |
| 03/08/2013 | Twistys.13.03.06.Eva.Kay.Gettin.It.Done.XXX.720p.x264-SEXORS |
| 03/08/2013 | Mia Malkova, Samantha Bentley – Our Time Together.mp4 |
| 03/07/2013 | X-Art.13.02.19.Lisa.Invisible.1080p.mp4 |
| 03/07/2013 | X-Art – Anneli (Miss Perfect) XXX 2012 1080p WEB-DL MPEG-4 AAC-KTR.mov |
| 03/07/2013 | Lisa M – Respect (2006) – Reggaeton [www.torrentazos.com].rar |
| 03/07/2013 | X-Art – Tuesday Morning – Tiffany F [720p].wmv |
| 03/07/2013 | X-Art – A Morning to Remember – Silvie Delux [1080p].mov |
| 03/07/2013 | X-Art – Silvie Grace (Wild Things) XXX 2012 720p WEB-DL WMV WMA-KTR.wmv |
| 03/07/2013 | Osprey Ess-003 – The Napoleonic Wars Vol 1 – The Rise Of The Emperor 1805-1807.pdf |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/07/2013 | Young Massage Parlor Girls 2 (2013) XXX DVDRip |
| 03/07/2013 | Roxette - The RoxBox 86-06 (2006) - Pop [www.torrentazos.com].rar |
| 03/07/2013 | VA - TMF Awards 2005 (2005) - Top 40 [www.torrentazos.com].rar |
| 03/07/2013 | X-Art - Afternoon Snack - Baby [720p].mp4 |
| 03/07/2013 | X-Art - Ready for Bed - Lexi Belle [720p].mp4 |
| 03/07/2013 | X-Art - Red Satin - Mia Malkova [720p].mp4 |
| 02/26/2013 | Massage.Creep.6.XXX.DVDRip.x264-SWE6RUS |
| 02/25/2013 | 18XGirls - Demida Lays Out For A Massage Table Fuck [1080p].wmv |
| 02/25/2013 | Passion-HD Chloe Foster |
| 02/25/2013 | X-Art - Black And White - Lia [1080p].mp4 |
| 02/25/2013 | Ass and pussy massage for a stunning babe-Danna-576p.avi |
| 02/25/2013 | Passion-HD - A Close Shave - Kiera, Cassie.mp4 |
| 02/25/2013 | My Naughty Massage - Melina Mason |
| 02/25/2013 | Massage Girls 18 - Mandy HD 720p |
| 02/25/2013 | Passion-HD - Fruits of Passion - Leony.mp4 |
| 02/25/2013 | Sarah Charles And Ryan - An Aussie Massage HD 720p |
| 02/25/2013 | Angel P And Livia - Hidden Passion HD 720p |
| 02/25/2013 | passion-hd.dillion.karlie.750.mp4 |
| 02/25/2013 | Passion-HD - Lacey Young And Restless 2013 XXX 1080p.wmv |
| 02/25/2013 | Sara Jay (18.02.2013) Cocaine.wmv |
| 02/25/2013 | Passion-HD - Holly Michaels (Picture Perfect) |
| 02/25/2013 | Christian XXX, Aly Sinclair and Hazel Tucker |
| 02/25/2013 | Young.Massage.Parlor.Girls.XXX.DVDRip.x264-AMITIGHT |
| 02/25/2013 | HD Massage Porn - Megan |
| 02/25/2013 | Massage Girls 18 - Zoey Foxx HD 720p |
| 02/25/2013 | passion-hd-chloe-pf-750.mp4 |
| 02/25/2013 | passion-hd-holly-dp-950-chkm8te.mp4 |
| 02/24/2013 | 11.07.03.Eufrat, Adrianna_OrgasmsXXX_ImgZilla.mov |
| 02/20/2013 | X-Art - Close to the Edge - Leila, Kaylee [720p].wmv |
| 02/20/2013 | raines.106-caph.[VTV].avi |
| 02/20/2013 | X-Art - Introducing Kaylee - Kaylee [1080p].mov |
| 02/19/2013 | X-Art - Time to Go - Eufrat [720p].wmv |
| 02/19/2013 | X-Art - Casual Affair - Eufrat, Grace [1080p].mov |
| 02/19/2013 | 18OnlyGirls - Eufrat Enjoys Girls - Eufrat, Janice [1080p].mp4 |
| 02/19/2013 | Teen hottie gets all of her holes filled |
| 02/19/2013 | Met-Art.com_12.05.21.Eufrat.A.Epitaso.XXX.iMAGESET-P4L[rbg] |
| 02/19/2013 | TS-11970 Yasmin Lee and DJ |
| 02/19/2013 | X-Art - Strip Poker Eufrat, Silvie [1080p].wmv |
| 02/19/2013 | X-Art - Underwater Lover - Silvie, Kaylee [1080p].mov |
| 02/19/2013 | Secret World - Eufrat HD 720p |
| 02/19/2013 | X-Art - Ivy (Wet Dream) |

| Hit Date UTC | Filename |
|---|---|
| 02/19/2013 | Novicorp WinToFlash 0.7.0010 beta {Prince96} |
| 02/19/2013 | Joymii – Evi and Presley |
| 02/19/2013 | Connective |
| 02/19/2013 | X-Art – Finding Elysium – Susie, Kaylee [1080p].mov |
| 02/19/2013 | Joymii.13.01.06.Caprice.and.Miela.Girlfriends.XXX.720p.WMV-GAGViD[rbg] |
| 02/19/2013 | Housewife 1 on 1 – Kaylee Brookshire (Housewife 1 on 1).mp4 |
| 02/19/2013 | X-Art – Susie , Angie (Dream Come True) |
| 02/19/2013 | MassageGirls18 – Rahynde XVID |
| 02/19/2013 | Milf Seekers Kianna Dior Hottest Milf Ever 720p.mp4 |
| 02/19/2013 | X-Art – Sacred Romance (2013) [1080p].mov |
| 02/19/2013 | X-Art – Apartment in Madrid – Kaylee [720p].mp4 |
| 02/19/2013 | 11.05.10.Eufrat, Blue Angel_OrgasmsXXX_ImgZilla.mov |
| 02/19/2013 | X-Art – Teenage Dream – Kaylee [1080p].mov |
| 02/19/2013 | Twistys.13.01.06.Eufrat.Pure.Sex.XXX.720p.x264-SEXORS[rbg] |
| 02/19/2013 | ktr.ylp.13.02.16.denisa.heaven.fuck.the.stranger.mp4 |
| 02/18/2013 | X-Art – Hayden H , Bree (Sunday Afternoon) |
| 02/18/2013 | X-Art – Gianna (Morning Tryst) |
| 02/18/2013 | The.Shield.S06E01.DSR.XviD-NoTV.avi |
| 02/18/2013 | YLP – Alexis Crystal – Deeper Means Better – 720p.mp4 |
| 02/18/2013 | YLP – Hanna – Sexy Pig Tails – 720p.mp4 |
| 02/18/2013 | X-Art – Deep Longing – Eufrat, Angelica [720p].wmv |
| 02/18/2013 | Marco_Torrance-World_of_Zilence_(The_Zilent_Zpott_Chillout_Mix)-WWW.MUZYKA.SERVEMP3.COM |
| 02/18/2013 | X-Art – Working Out Together – Kristen [1080p].mov |
| 02/18/2013 | YLP Anjelica – An Ardent Interconnection.hd720.mp4 |
| 02/18/2013 | YLP – Mia, Romea – Friends Forever – 1080p.mp4 |
| 02/14/2013 | Girlfriends Films Web Exclusive – Evelin Rain, Lena Nicole.mp4 |
| 02/12/2013 | jiggly-ridehome-x264.mp4 |
| 02/12/2013 | x-art_connie_sacred_romance_540.wmv |
| 02/12/2013 | X-Art – Spur of the Moment – Ivy [1080p].mov |
| 02/12/2013 | Zoya – Small And Perky HD 720p |
| 02/12/2013 | rws_esperanza_gomez02_480p_1000.mp4 |
| 02/12/2013 | x-art_gianna_addison_seeing_double_540.wmv |
| 02/12/2013 | btaw_capri_cavanni_480p_1000.mp4 |
| 02/12/2013 | BABES.com Every Single Day with Lena Nicole 24.011080p |
| 02/12/2013 | Alice March – Swedish Labia Massage HD 720p |
| 02/12/2013 | mdhgjennibruce2_qt.mp4 |
| 02/12/2013 | Please.Dont.Tell.XXX.DVDRip.XviD-Jiggly.avi |
| 02/12/2013 | Massage Girls 18 – Zarena HD 720p |
| 02/12/2013 | !!! Belga 3 !!! |
| 02/12/2013 | Swingers Wife Swap.mp4 |
| 02/07/2013 | BikiniRiot.12.07.25.Lena.Nicole.XXX.720p.MP4-KTR |

| Hit Date UTC | Filename |
|---|---|
| 02/06/2013 | WhenGirlsPlay 30 March 2012 - Celeste Star And Lena Nicole Card Sharks-SmR |
| 02/06/2013 | AmateurCreampies Sensi Pearl.wmv |
| 02/06/2013 | Lena Nicole - Every Single Day HD 1080p |
| 02/06/2013 | 11.10.03.Sensi Pearl_BigMouthFuls_ImgZilla.mp4 |
| 02/05/2013 | FuckedHard18 - Sensi Pearl.wmv |
| 02/01/2013 | v22375 - India Summer.mp4 |
| 01/31/2013 | India Summer - Pure MILF.m4v |
| 01/31/2013 | India Summer - My Therapy Is Sex |
| 01/25/2013 | Brigitte Desiree - Desert Passion HD 1080p |
| 01/25/2013 | Deeper Feelings_950.mp4 |
| 01/25/2013 | Dani Jensen - Summer Passion |
| 01/25/2013 | Passion HD - Dani Daniels (The Deep End).mp4 |
| 01/25/2013 | Ella - Hot Hand |
| 01/24/2013 | Passion-HD - Holly Michaels |
| 01/24/2013 | Passion-HD - Online Seduction - Natalia Starr.mp4 |
| 01/24/2013 | Melanie And Stephanie - Lets Imprint Our Passion HD 1080p |
| 01/24/2013 | Passion-HD - Karina White (Sun and Fun) |
| 01/24/2013 | Passion-HD - Boiling Up - Gina.mp4 |
| 01/24/2013 | Passion Hd - Ella Milano |
| 01/24/2013 | Passion-HD  Teal.Conrad |
| 01/23/2013 | Stunners-Marilyn-AGlassCuttingGoodTime-121121.wmv |
| 01/22/2013 | Massage Girls 18 - Dillion HD 720p |
| 01/22/2013 | Nuru Massage - Stevie Shae (After Flight Massage) |
| 01/22/2013 | Massage Girls 18 - Allie James HD 720p |
| 01/22/2013 | 21 Jump Street 2012 DVDRip XviD- OCW |
| 01/22/2013 | PremiumHDV.12.09.24.Anabela.Watch.Me.Cummed.XXx |
| 01/22/2013 | Jitj.zdorovo.(2012.09.20).2012.XviD.SATRip.avi |
| 01/22/2013 | Safe 2012 DVDRip XviD-AMIABLE |
| 01/22/2013 | Stunners.12.08.01.Pinky.June.And.Her.Pink.Friend.XXX |
| 01/22/2013 | Massage Girls 18 - Sophia HD 720p |
| 01/22/2013 | Massage Girls 18 - Gizelle |
| 01/22/2013 | sexo-ylp-lollypop-121118.mp4 |
| 01/22/2013 | NubileFilms - Victoria Sweet - Sensual Massage.mp4 |
| 01/22/2013 | Sadie Holmes - In-Home Massage HD 720p |
| 01/22/2013 | ClubSandy.12.10.04.Victoria.Sweet.And.Tess.Lyndon.After.Party.XXX.1080p.x264-SEXORS[rbg] |
| 01/22/2013 | Breanne - Romantic Massage HD 720p |
| 01/22/2013 | ExclusiveTeenPorn - Petite Teenie - Sofia aka Victoria Sweet [720p].wmv |
| 01/22/2013 | Jessie Rogers - Massage For VIP Client.avi |
| 01/15/2013 | X-Art - Unforgettable View Part 1 - Addison [1080p].mov |
| 01/14/2013 | Real Wife Stories - YURIZAN BELTRAN  New 10 December 2012 |
| 01/14/2013 | Visual Basic 2005 for Dummies.pdf |

EXHIBIT C

EWI10

| Hit Date UTC | Filename |
|---|---|
| 01/14/2013 | X-Art - Susie and Baby |
| 01/14/2013 | Sparkle [2012] DVDRip X264 AAC-26K [FR-SUB] |
| 01/14/2013 | X-Art - Lipstick Lesbians - Baby, Mira [1080p].mp4 |
| 01/14/2013 | Real Wife Stories - BONNIE ROTTEN New 17 December 2012 |
| 01/14/2013 | X-Art - A Love Story - Gianna [1080p].mov |
| 01/13/2013 | Kid Rock - Rebel.Soul.2012.Album |
| 01/13/2013 | Twilight.Zone.1985.S01E38.A.Matter.Of.Minutes.DVDRiP.XviD.avi |
| 01/12/2013 | X-Art - Miss Me Not - Ivana [1080p].mov |
| 01/12/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 01/12/2013 | X-Art - Waterfall Emotions - Kaylee [720p].wmv |
| 01/07/2013 | Twistys - Working It Real - Bree Daniels [720p].mp4 |
| 01/06/2013 | BikiniRiot-TashaReign-PinkLeopardScrunchButt-120707.mp4 |
| 01/06/2013 | BikiniRiot-EvelinRain-120914.mp4 |
| 01/06/2013 | Twistys - Hot Time On A Hot Day - Destiny Dixon [720p].mov |
| 01/06/2013 | Sunny.Leone.Positioned.To.Cum.Twistys.2012_iyutero.com.mp4 |
| 01/06/2013 | Twistys.12.08.02.Tori.Black.Sexy.Sassy.Tori.XXX |
| 01/06/2013 | Twistys Hard - Dani Daniels (Dani Gets A Surprise Cock).mp4 |
| 01/06/2013 | Twistys Hard - Early Yoga Session - Natalie Vagas [576] [wmv] |
| 01/06/2013 | BikiniRiot.Nicole.Aniston.XXX.720p.pornalized.avi |
| 01/06/2013 | BikiniRiot.Sunny.Leone.XXX.720p.pornalized.avi |
| 01/06/2013 | TWISTYS ALEXIS TEXAS WORKOUT AND POUNDED HARD BUBBLE BUTT{SiLvErDuSt}.mp4 |
| 01/06/2013 | BikiniRiot.12.05.20.Emily.Addison.Red.Hot.Sheer.G-string.2.XXX.720p.WMV-KTR |
| 01/06/2013 | Twistys Hard - Kendall Karson (99 Degrees But Rich Ain't One).mp4 |
| 12/28/2012 | Massage Girls 18 - Lily HD 720p |
| 12/27/2012 | Atk Petites - Cassie Cruz |
| 12/27/2012 | Atk Galleria - Shyla Jennings, Kiera Winters HD 1080p |
| 12/27/2012 | Atk Petites - Kacey HD 720p |
| 12/27/2012 | Atk Hairy - Barb and Mika HD 720p |
| 12/27/2012 | Atk Galleria - Bailey Ryder Masturbation HD 1080p |
| 12/26/2012 | Atk Hairy - Zooey and Josey HD 1080p |
| 12/15/2012 | Twistys.12.11.23.Natasha.Marley.Blonde.Bombshell.XXX.720p.x264-SEXORS[rbg] |
| 12/15/2012 | Twistys.12.11.26.Lola.Foxx.Aiming.To.Please.XXX.720p.MP4-KTR[rbg] |
| 12/15/2012 | xXx 2002 (Spanish) DVD.AC3 ART3MiS |
| 12/15/2012 | Twistys.12.06.02.Jelena.Jensen.Burlesque.Beauty.XXX.720p.MP4-KTR |
| 12/15/2012 | Medal.Of.Honor.10th.Anniversary.PC.Game(djDEVASTATE |
| 12/15/2012 | Twistys.12.06.18.Aspen.Rae.Beauty.In.Love.XXX.720p.x264-SEXORS |
| 12/14/2012 | Twistys.Sammie.Rhodes.Come.Get.It.XXX.pornalized.mpeg |
| 12/14/2012 | Twistys-JustineJoli-TimeToHeatThingsUp-121125.mp4 |
| 12/13/2012 | 18XGirls- Danaya (Danaya Gets Railed Over The Bed 29.11. (2012) DVDRip |
| 12/11/2012 | X-Art-Anneli and Baby (Loving Angels) (2012) HDTV |
| 12/11/2012 | 18XGirls.12.12.05.Rosanna.XXX.INTERNAL.1080p.WMV |

| Hit Date UTC | Filename |
|---|---|
| 12/11/2012 | NubileFilms - The Hollywood Dream - Kelly Surfer, Trinity St Clair [720p].wmv |
| 12/11/2012 | The.Sims.Medieval-RELOADED |
| 12/11/2012 | 18XGirls.12.12.02.Anjelica.XXX.INTERNAL.1080p.WMV |
| 12/11/2012 | 18XGirls - Aliya Gets Her Perky Tits Sucked [720p].wmv |
| 12/11/2012 | kaspersky all version keys Pack 18-Nov-2012 [BssBig] |
| 12/11/2012 | Kung Fu Panda 2 [TS-HQ][Spanish][www.consolasatope.com].avi |
| 12/11/2012 | 18XGirls.12.12.01.Demida.XXX.INTERNAL.1080p.WMV |
| 12/11/2012 | 18OnlyGirls - Best Massage Of My Life - Dulce [1080p].mp4 |
| 12/11/2012 | NubileFilms Elle Alexandra |
| 12/11/2012 | NubileFilms- Karina White, Zoey Kush (Girlfriends Wish 2  27.11.2012) (2012) HDTV |
| 12/11/2012 | 18XGirls Demida Hikes Up Her Long Legs In The Kitchen |
| 12/11/2012 | NubileFilms - On The Floor - Jenna Ross, Karlie Montana [720p].mp4 |
| 12/11/2012 | NubileFilms - Never Go - Presley Hart [1080p].mp4 |
| 12/11/2012 | NubileFilms Favors Allie James, Elaina Rae |
| 12/11/2012 | NubileFilms - Amber Morning - Karina White [720p].wmv |
| 12/11/2012 | NubileFilms - A Time To Remember - Bella Baby, Leony April [720p].mp4 |
| 12/11/2012 | 18XGirls - Autumn Lays Out To Pleasure Her Tight Pussy [720p].wmv |
| 12/11/2012 | 18XGirls - Demida Gets Her Skirt Pulled Up For Dick [1080p].wmv |
| 12/11/2012 | NubileFilms - Warm Summer Days - Presley Hart [720p].wmv |
| 12/10/2012 | X Art Kaylee |
| 12/10/2012 | 18XGirls.12.12.04.Ema.XXX.INTERNAL.1080p.WMV |
| 12/04/2012 | Massage Girls 18 - Mia Gold.mp4 |
| 12/03/2012 | Blonde Massage.mp4 |
| 12/03/2012 | Yanie Anal Teen Fixation 3 |
| 12/03/2012 | Various Artists - Echoes In Time 1 and 2 (1965-72 us, impressive garage psych - flac) |
| 12/03/2012 | 18OnlyGirls - Massage Me Inside - Kani [1080p].mp4 |
| 12/03/2012 | 18XGirls - Anfisa Takes Cock After A Massage [1080p].wmv |
| 12/03/2012 | Cameron Dee - My First Massage HD 720p |
| 12/02/2012 | matching-game-2-1.00.26.exe |
| 12/02/2012 | Massage Girls 18 - Mae HD 720p |
| 12/02/2012 | Massage Girls 18 - Brooklyn HD 720p |
| 12/02/2012 | Massage Girls 18 - Mia |
| 12/02/2012 | Monroe - Therapeutic Thai Massage HD 1080p |
| 12/02/2012 | WowGirls - State Of The Art Massage - Melanie B, Stephanie [720p].mp4 |
| 12/02/2012 | Massage Girls 18 - Izy |
| 12/02/2012 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 12/02/2012 | Massage Girls 18 - Molly Bennet.wmv |
| 12/02/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 12/02/2012 | Massage Girls 18 - Molly Bennett HD 720p |
| 12/02/2012 | X-Art - Lovers Quarrel - Ivy [1080p].wmv |
| 12/02/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |

| Hit Date UTC | Filename |
|---|---|
| 11/19/2012 | Babes. .Melody Jordan |
| 11/18/2012 | Babes – Honey – Mia Malkova [1080p].mp4 |
| 11/17/2012 | Babes – Pleasures of the Flesh – Melody Jordan [1080p].mp4 |
| 11/17/2012 | Babes – Finger Play – Connie Carter [1080p].mp4 |
| 11/17/2012 | Babes – Jessie Volt HD 1080p |
| 11/17/2012 | TeenBFF.12.10.18.Avril.And.Lexi.Playful.Beach.Babes.XXX.720p.WMV |
| 11/17/2012 | 07.04.11.Kara Nox_Liv Wylder_MyFirstSexTeacher_ImgZilla.wmv |
| 11/17/2012 | Babes – One More Time – Anikka Albrite [1080p].mp4 |
| 11/17/2012 | Babes – Puppy Love – Jessie Andrews [720p].mp4 |
| 11/17/2012 | Babes – Erica Fontes Aqua Pleasure HD1080p |
| 11/17/2012 | Babes – Jayden Lee Eastern Promise HD1080p |
| 11/17/2012 | Babes – Nicole Aniston Poolside Story HD1080p |
| 11/16/2012 | redhead nude xxx photos |
| 11/16/2012 | HawthoRNe.S02E10.No.Exit.HDTV.XviD-FQM.avi |
| 11/16/2012 | Babes – Staying Home – Lexi Swallow [1080p].mp4 |
| 11/15/2012 | JoyMii.12.11.12.Alexis.Texas.Day.At.Home.XXX.720p.MOV-SEXORS[rbg] |
| 11/14/2012 | YoungLegalPorn – Sensual Seduction – Natasha Von, Penelope [720p].mp4 |
| 11/14/2012 | 囍@SexInSex@X-Art – Maya (Photo Fantasy) |
| 11/14/2012 | The Vow 2012 BRRip XviD-FTW |
| 11/14/2012 | YoungLegalPorn – A Lesbian Siesta – Lily, Mia [720p].mp4 |
| 11/14/2012 | Younglegalporn – A Mysterious Stranger – Leila [1080p].mp4 |
| 11/13/2012 | Younglegalporn – Female Weakness – Anjelica [1080p].mp4 |
| 11/13/2012 | Younglegalporn – Teasing My Bush – Beatris [1080p].wmv |
| 11/13/2012 | YoungLegalPorn – A Hard Exam – Sarah [720p].mp4 |
| 11/13/2012 | Anjelica.An.Eager.Lady.Younglegalporn.2012.HD_iyutero.com.mp4 |
| 11/13/2012 | YoungLegalPorn – Erotic Massage Delights – Anjelica, Dream July [720p].mp4 |
| 11/13/2012 | X-Art – Vacation Fantasy – Susie [1080p].mov |
| 11/13/2012 | YoungLegalPorn – The Day I Kissed A Girl – Gloria, Melanie B [1080p].mp4 |
| 11/13/2012 | The.Game.S01E19.HDTV.XViD-NoTV |
| 11/13/2012 | YoungLegalPorn – Champs Fun – Irina K [1080p].mp4 |
| 11/13/2012 | YoungLegalPorn – Flying Butterfly – Elisa A [1080p].mp4 |
| 11/13/2012 | X-Art – Yoga in the Sky – Leila [720p].wmv |
| 11/13/2012 | X-Art – Carmen-Cristalina.mov |
| 11/12/2012 | College.Wild.Parties.19.XXX.DVDRip.XviD- |
| 11/12/2012 | Chasing.The.Big.Ones.26-PEEPSHOW |
| 11/12/2012 | College Wild Parties #22.avi |
| 11/10/2012 | Love.Jesse.XXX.DVDRip.XviD-Jiggly |
| 11/10/2012 | Club Elite 2 – xxx |
| 11/10/2012 | Porno My Sisters Hot Friend sex xxx |
| 11/10/2012 | Porno My Dads Hot Girl friend sex – Riley Evans xxx |
| 11/10/2012 | Corrupt sex Schoolgirls 2 xxx porno |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 11/10/2012 | Breanne Benson – SD.mp4 |
| 11/10/2012 | College.Wild.Parties.23 |
| 11/10/2012 | Babes – The Perfect Couple – Holly Michaels [1080p].mp4 |
| 11/09/2012 | X-ART – After Hours – Kitty aka Kitty Jane.mov |
| 11/09/2012 | Real Amature MILFs In Miami 4.wmv |
| 11/09/2012 | Contagion 2011 BRRip XviD-FTW |
| 11/09/2012 | mwhf-jr.wmv |
| 11/09/2012 | x-art_ivy_sebastian_soul_mates_540.mov |
| 11/09/2012 | bwb_lisa_ann02_480p_1000.mp4 |
| 11/09/2012 | Hegre Art – Zaika Hotel Thai Massage Spy Cam |
| 11/09/2012 | Katya.mp4 |
| 11/09/2012 | 18XGirls – Leighton Spreads Out For Some Self Pleasuring [1080p].wmv |
| 11/08/2012 | 18XGirls – Lily Shows Off Her Great, Thin Body [1080p].wmv |
| 11/08/2012 | 18XGirls – Jade Gets Pounded Out On The Couch [1080p].wmv |
| 11/08/2012 | 18XGirls – Irina Gets Spread Out For Some Fun [1080p].wmv |
| 11/08/2012 | 18XGirls – Aglaya Gets A Big Surprise [1080p].wmv |
| 11/07/2012 | 18XGirls – Maxine Strips Down To Show Her Petite Body [720p].wmv |
| 11/07/2012 | 18XGirls – Autumn Comes Out Of Her Pink Panties [720p].wmv |
| 11/06/2012 | Episodi 5 e 6 |
| 11/06/2012 | 18XGirls – Sexy Anfisa Rides Cock On Her Bed [1080p].wmv |
| 11/06/2012 | 18XGirls – Seren Slips Off Her Skirt To Get Off [1080p].wmv |
| 11/06/2012 | BigTitsLikeBigDicks.June.Summers.XXX.720p.pornalized.avi |
| 11/06/2012 | Nubiles – Lilya Blonde And Playful HD 720p |
| 11/06/2012 | 18XGirls – Lindsey Slips Off Her White Panties [1080p].wmv |
| 11/06/2012 | 18XGirls – Nancy Shows it all off in the shower [1080p].wmv |
| 11/06/2012 | 18XGirls – Elizabeth Comes Out Of Her Silky Stockings [1080p].wmv |
| 11/06/2012 | {ANMERO} Oda Nobuna no Yabou  01 HD.mp4 |
| 11/06/2012 | 18XGirls – Marta Gets stripped from her uniform [1080p].wmv |
| 11/06/2012 | 18XGirls – Demida Gets Pampered By A Hard Dick [1080p].wmv |
| 11/06/2012 | 18XGirls – Bertha Pulls Down Her Jeans For Cock [1080p].wmv |
| 11/06/2012 | 18XGirls – Stacy Gets Worked Up After Studying [1080p].wmv |
| 11/06/2012 | 18XGirls – Nadya Gets The Perfect Rub Down [1080p].wmv |
| 11/06/2012 | 18XGirls – Jade Takes Doggy In The Kitchen [1080p].wmv |
| 11/06/2012 | 18XGirls – Mathea Comes Out Of Her Tight Jeans [1080p].wmv |
| 11/06/2012 | 18XGirls – Vera Strips down to show her great tan [720p].wmv |
| 11/06/2012 | Best Of U2 |
| 11/06/2012 | Grace and Bella Babe – Blondes HD 720p |
| 11/06/2012 | 18XGirls – Blonde Valya Lets Out Her Perky Boobs [720p].wmv |
| 11/06/2012 | Brooklyn Blue_A Blonde Workout_HD.mp4 |
| 11/06/2012 | Amiee.Gets.her.small.boobs.felt.to.fuck.18XGirls.2012_iyutero.com.mp4 |
| 11/06/2012 | 18XGirls – Nancy Lines Up Her Thick, Ribbed Dildo [720p].wmv |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 11/06/2012 | 18XGirls - Stacy Shows Off Her Nice Small Boobs [1080p].wmv |
| 11/06/2012 | 18XGirls - Autumn Spreads For Her Orange Dildo [720p].wmv |
| 11/05/2012 | X-Art Flexible Beauty  Mira aka Diana G |
| 11/05/2012 | 18X Girls - Amiee |
| 11/05/2012 | 18x Girls - Joy Sucks Dick To Ride HD 720p |
| 11/05/2012 | 18X Girls - Hailey HD 1080p |
| 11/05/2012 | 18X Girls - Demida HD 1080p |
| 11/05/2012 | 18X Girls - Gretta HD 720p |
| 11/05/2012 | 18x Girls - Zarina Shows Off Fingering On The Bed HD 720p |
| 11/05/2012 | JOYMII FIRST SEX 14 OCT 2012{SiLvErDuSt} |
| 11/05/2012 | 18X Girls - Kelsie |
| 11/05/2012 | JOYMII DEEP IN HER 6TH OCT 2012{SiLvErDuSt}.wmv |
| 11/05/2012 | 18 Only Girls - Massaging My Secret Spot HD 1080p |
| 11/05/2012 | X Art - Kaylee HD 1080p |
| 11/04/2012 | X-Art - A Day to Remember - Baby [720p].wmv |
| 11/04/2012 | Baby.Tyler.Young.Passion.X.Art.2012.HD_iyutero.com.mp4 |
| 11/04/2012 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 11/04/2012 | 18X Girls - Valya HD 720p |
| 11/04/2012 | Massage Girls 18 - Ivana Sugar |
| 11/04/2012 | X-Art - Ibiza Love - Gianna [1080p].mp4 |
| 11/04/2012 | X-Art - Poolside Passion - Mira [1080p].mov |
| 11/02/2012 | Royal.Pains.S01E01.Pilot.HDTV.XviD-FQM.[eztv].[INFO].txt |
| 11/02/2012 | My Friends Hot Mom - Farrah HD 720p |
| 11/02/2012 | My Friends Hot Mom! - Evaa Karera |
| 10/16/2012 | X-Art.12.08.03.Mary.White.Hot.XXX |
| 10/16/2012 | Moms Bang Teens - Melanie Rios.wmv |
| 10/16/2012 | Moms Bang Teens - Show Me Blow Me - India Summer and Melanie Raine [432] [mp4] |
| 10/16/2012 | Moms Bang Teens - Dirty minds - Puma Swede and Vanessa Cage [432] [mp4] |
| 10/16/2012 | Moms Bang Teens - Allie James.wmv |
| 10/16/2012 | Moms bang Teens - Taking Advantage - Diana Doll and Elaina Raye [432] [mp4] |
| 10/16/2012 | Moms Bang Teens - Learning Sexercize - Tara Holiday and Micha Brooks [432] [wmv] |
| 10/16/2012 | Moms Bang Teens - Lesson Learned- Katt Dylan and Rio Lee [1080] [mp4] |
| 10/16/2012 | Moms Bang Teens - A Bad Romance - Eva and Cassandra Nix [432] [mp4] |
| 10/16/2012 | Moms.Bang.Teens.-.Diana.Doll,Elaina.Raye.03.09.12 |
| 10/15/2012 | My Friends Hot Mom - Tara Holiday [720] [mp4] |
| 10/15/2012 | Mutual Erogenous Massage HD 1080p |
| 10/15/2012 | X-Art - Red Hot - Ariel [1080p].wmv |
| 10/15/2012 | 18XGirls - Jade Gets The Perfect Massage [1080p].wmv |
| 10/15/2012 | X-Art - Kristen (Girl Next Door) 720p |
| 10/15/2012 | Joymii.12.09.20.Katie.G.Stormy.Passions.XXX.720p.WMV-KTR |
| 10/15/2012 | X-art-Sex on the Beach[truehdporn].mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 10/15/2012 | X-Art.12.07.02.Silvie.And.Ariel.Good.Vibrations.XXX |
| 10/15/2012 | JoyMii.com – Ariel, Caprice, Miela – Good Vibrations [HD 720p] |
| 10/15/2012 | Joymii.12.08.02.Gina.V.And.Misty.S.Steps.Of.Pleasure.XXX |
| 10/15/2012 | 18XGirls – Aglaya Gets A Massage Bonus [1080p].wmv |
| 10/15/2012 | JoyMii.12.07.08.Alysa.And.Misty.S.Hot.Boat.Trip.XXX |
| 10/15/2012 | Joymii.12.06.17.Zoe.V.Stay.Inside.XXX.720p.WMV-KTR[XXXFile.me] |
| 10/15/2012 | Joymii – Stairway To Heaven – Holly M, Tiffany T [720p].mov |
| 10/15/2012 | Hall.Pass.2011.1080p.BluRay.x264-SECTOR7 |
| 10/15/2012 | Joymii.Caprice.Sweet.Pleasure.XXX.720p.pornalized.wmv |
| 10/15/2012 | Massage-Parlor_-_Cassandra_Nix_-_Magic_Massage_HD_1080p |
| 10/15/2012 | X-Art.12.10.05.Silvie.And.Grace.Wild.Things.XXX.1080p.MOV |
| 10/15/2012 | My Friends Hot Mom – Charlee Chase [720] [mp4] |
| 10/15/2012 | X-Art – Dangerous Game – Jasmine [1080p].wmv |
| 10/15/2012 | Joymii.12.09.23.Gina.V.Sensual.Sex.XXX.720p.WMV-KTR |
| 10/15/2012 | WatchUsFuck Kitchen And Bedroom Fucking.avi |
| 10/15/2012 | Joymii.12.09.27.Alexis.T.Final.Ectasy.XXX.720p.WMV |
| 10/15/2012 | X-Art.In Bed – Kristen [1080p].mov |
| 10/14/2012 | Desperate Housewives serie 5 |
| 10/14/2012 | JoyMii.com – Misty Stone, Ben – Deep in Her [HD 720p] |
| 10/14/2012 | Pornstarspa.12.10.11.Kendall.Karson.She.Wants.A.Massage.Gets.Cock.Too.XXX.720p.MP4-KTR[rbg] |
| 10/14/2012 | Samantha Ryan – I Want my Massage Now |
| 10/14/2012 | Королевство кривых зеркал |
| 10/14/2012 | Sarah Jessie – Peeping Tom Peeping Mom |
| 10/14/2012 | YoungLegalPorn – A New Massage Method – Lotus [1080p].mp4 |
| 10/10/2012 | SapphicErotica.12.06.30.Rhianna.And.Victoria.Bikini.Climaxers.XXX.720p.MP4-KTR[XXXFile.me] |
| 10/08/2012 | X.Art.Hayden.Pink.Orgasm.XXX.1080p.pornalized.mov |
| 10/07/2012 | Renata.and.Henessy.Fantastic.Oral.SapphicErotica.2011.HD_iyutero.com.mp4 |
| 10/07/2012 | SapphicErotica.12.07.02.Cipriana.Klaudia.And.Lana.Shag.Trio.XXX.720p.MP4-KTR[XXXFile.me] |
| 10/07/2012 | SapphicErotica Caprice And Tania Seductive Masseuse XXX 720p pornalized.com.mp4 |
| 10/07/2012 | SapphicErotica.12.06.10.Katerina.And.Klara.Backyard.Excitement.XXX.720p.MP4-KTR[XXXFile.me] |
| 10/06/2012 | Massage-Parlor – Jessie Rogers (Never Ending Vacation) |
| 10/06/2012 | Defloration.12.09.06.Svetka.Pionerka.Virgin.Massage.XXX.720p.MP4-KTR |
| 10/06/2012 | My Naughty Massage – Aleska Nicole [720p] [mp4] |
| 10/06/2012 | Massage Creep – Karina White – xXx adduct.mp4 |
| 10/06/2012 | Craig.Ferguson.2011.01.03.Lisa.Kudrow.720p.HDTV.x264-2HD [NO-RAR] – [ www.torrentday.com ] |
| 10/06/2012 | SapphicErotica.12.09.11.Minnie.And.Orina.Best.Friends.XXX.720p.x264-SEXORS |
| 10/06/2012 | Massage Creep – Full Body Relaxation – Stella Banx [720] [wmv] |
| 10/06/2012 | Massage Girls 18 – Nadia.wmv |
| 10/06/2012 | SapphicErotica.12.09.05.Klara.And.Wivien.Colorful.Cunnilinguists.XXX.720p.MP4-KTR[rbg] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 10/06/2012 | DirtyMasseur - Massaging the Ex - Diana Prince.mp4 |
| 10/06/2012 | X-Art - Beautiful Blowjob - Carlie |
| 10/06/2012 | 10.05.07.SapphicErotica.Juliette_and_Caprice_Tempting_Tonguers-H854I.mp4 |
| 10/06/2012 | My.Wifes.Hot.Friend.15 |
| 10/06/2012 | The Change-Up.AC3.DV.2011.XviD.R5-LiNe.avi |
| 10/06/2012 | I Have A Wife - Allie Haze [720p] [mp4] |
| 10/06/2012 | X.Art.Stefanie.Suzie.Sapphic.Experience.XXX.1080p.pornalized.mov |
| 10/05/2012 | X-Art - Emma and Francesca (Daddys Office).mov |
| 10/05/2012 | X-art Sex with a SuperModel.mp4 |
| 10/05/2012 | X-Art.12.10.01.Anneli.Miss.Perfect.XXX.1080p.MOV |
| 10/05/2012 | X-Art - Silvie, Grace - Wild Things 720 |
| 10/04/2012 | Bush.League.XXX.DVDRip.CD1.pornalized.avi |
| 10/03/2012 | Free PSN and Xbox Live Code Generator v2012 {OuZoOP}.rar.rar |
| 10/03/2012 | mfhmbrianabruce_qt.mp4 |
| 10/03/2012 | [HxH France] Hunter x Hunter - 43 [1080p].mp4 |
| 10/03/2012 | CumshotSurprise - Teagan Summers |
| 10/03/2012 | mgbftasharamon_qt.mp4 |
| 10/03/2012 | [ www.TorrentDay.com ] - Flashpoint.S04E07.Shockwave.HDTV.XviD-2HD |
| 10/03/2012 | Bush.League.XXX.DVDRip.XviD-STARLETS |
| 10/03/2012 | bush-under-hot-sticky-rain.wmv |
| 10/03/2012 | GFRevenge - Bathroom Beauty - Lily Love.mp4 |
| 10/03/2012 | Bush.League.XXX.DVDRip.CD2.pornalized.avi |
| 10/03/2012 | The Raid_Redemption_Serbuan Maut 2011 DVDrip Skandale |
| 10/03/2012 | Please.Dont.Tell.XXX.DVDRip.XviD-Jiggly |
| 10/03/2012 | Marc Dorcel _Bachelorette-Party_2012 |
| 10/02/2012 | x-art_kaylee_ian_first_love_540.mov |
| 10/02/2012 | Natural Bush 19.wmv |
| 10/02/2012 | X-Art - Photo Fantasy - Maya [1080p].mov |
| 10/02/2012 | X-Art - Unbelievably Beautiful - Silvie [1080p].mov |
| 10/02/2012 | X-Art - Three for the Show - Leila [720p].mov |
| 10/02/2012 | X-Art - Black Lace Bliss - Gianna [720p].mov |
| 10/02/2012 | Ransom (Mel Gibson) Xvid.avi |
| 09/09/2012 | Here.Cums.The.Bride.2012.XXX.DVDRiP.XviD-DivXfacTory |
| 09/09/2012 | Alexxa.Yoga.Love.EuroSexParties.06.09.12.mp4 |
| 09/08/2012 | dm_jenni_lee02_480p_1000.mp4 |
| 09/08/2012 | Porno Monique Alexander The Doctor is In Porno |
| 09/02/2012 | [ www.TorrentDay.com ] - Hot.in.Cleveland.S03E22.DSR.XviD-2HD |
| 08/20/2012 | MilfsLikeItBig - India Summer,Michelle Lay (Cum inside!) 13.06.2012.avi |
| 08/19/2012 | Michelle Lay (12.07.2012) Cocaine.mp4 |
| 08/17/2012 | Massage-Parlor.12.07.18.Molly.Bennett.Trying.New.Things.XXX.1080p.x264-SEXORS |
| 08/17/2012 | TS - 2012-01-25 - Antonia and Melanie Memphis - Massage To Make Out |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 08/17/2012 | Young Natural Breasts.wmv |
| 08/17/2012 | Hot.Teen.Next.Door.8.XXX.DVDRip.XviD-XCiTE |
| 08/17/2012 | Teens In Tight Jeans |
| 08/17/2012 | My.Wifes.Hot.Friend.14.XXX.DVDRip.XviD-Pr0nStarS |
| 08/17/2012 | X-Art_-_Jessie_Farewell_HD_1080p |
| 08/17/2012 | ExclusiveTeenPorn - Teenage Porn - Margo [720p].wmv |
| 08/17/2012 | MILF - Mothers I Like to Fuck |
| 08/16/2012 | GirlsDoPorn.E166.18.Years.Old.XXX.720p.wmv |
| 08/16/2012 | Pornstars Like it Big - India Summer - anal |
| 08/16/2012 | DeepThroatLove - Kenzi Marie |
| 08/16/2012 | Massage Girls 18 - Britney Beth 05 08 2011 720p WEB-DL WMA WMV |
| 08/16/2012 | ShesBoss.07.02.23.Sarah.Baby.Oil.Massage.XXX.WMV-OHRLY |
| 08/16/2012 | TeensLikeItBig - Erica Fontes (The Honey Beaver) 17.07.2012.avi |
| 08/16/2012 | MilfLessons - Tyler Faith |
| 08/16/2012 | Tanner_Mayes_-_Babysitter_Diaries_8 |
| 08/16/2012 | DirtyMasseur - Jessie Rogers (A Healing Massage) 03.08.2012.avi |
| 08/16/2012 | x-art_tiffany_like_the_first_time_1080.mov |
| 08/16/2012 | Real_Wife_Stories_-_Jenni_Lee |
| 08/16/2012 | Little.Russian.Whores |
| 08/16/2012 | TeamSkeet - Lara - My First Massage |
| 08/16/2012 | RealWifeStories - Breanne Benson (A Night of Role Play) 30.07.2012.avi |
| 08/16/2012 | X-Art_-_Susie_Inspiration_HD_1080p |
| 08/05/2012 | The.Expendables.Unit |
| 08/04/2012 | CollegeRules E57 Everybodys Fucking XXX 720p MP4-KTR |
| 08/04/2012 | ATK Tiny Tits |
| 08/04/2012 | ATK.Creampie.Coeds.2.XXX |
| 08/04/2012 | ATK.Hairy.Luv.Those.Lips.9.KickAss.DvDRip.Disc2.2012_pornalized.com.avi |
| 08/04/2012 | NaughtyAmerica- Natasha Vega (24.07.12) |
| 08/04/2012 | ATK Hairy Luv Those Lips Vol. 8.wmv |
| 08/04/2012 | ATK Petites #6 |
| 08/04/2012 | Unforgettable.S01E21.720p.HDTV.X264-DIMENSION |
| 08/02/2012 | im520@www.SexInSex.net@BUR-299 |
| 08/02/2012 | 18XGirls.Germiona.2.XXX.INTERNAL.1080p.pornalized.wmv |
| 08/02/2012 | CollegeRules - College, Girls and Sex Games.mp4 |
| 08/02/2012 | MilfHunter - Mellanie ** NEW 30 july 2012 ** SD MP4.mp4 |
| 08/02/2012 | 18XGirls.Yulia.XXX.INTERNAL.1080p.pornalized.wmv |
| 08/02/2012 | Brazzers-The Porn Artist 30 JULY 2012 |
| 08/02/2012 | InFocusGirls_-_Cipriana_Deep_-_Fingering_HD_720p |
| 08/02/2012 | Massage-Parlor_-_Ashli_Ames_-_Frequent_Flyer_HD_1080p |
| 08/02/2012 | HazeHer_-_Running_Drills_HD_720p |
| 08/02/2012 | Sherlock.Holmes.A.Game.of.Shadows.2011.MP4.AVI.PS3.{Th3Sp3cialistNL} |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 08/02/2012 | 18XGirls.Yuki.XXX.INTERNAL.1080p.pornalized.wmv |
| 08/02/2012 | CasualTeenSex.11.12.10.Masha.XXX.720p.MP4-KTR |
| 08/02/2012 | 18XGirls.Louise.XXX.INTERNAL.1080p.pornalized.wmv |
| 08/02/2012 | Killergram_-_Delta_Wite_-_Princess_At_The_Party_HD_720p |
| 08/02/2012 | 18Onlygirls - Pussy Talk - Irina K, Elisa A [720p].mp4 |
| 08/02/2012 | ATKHairy.Jessica.Biel.XXX.1080p.pornalized.mp4 |
| 08/02/2012 | 18Onlygirls - Slevie - A Non-Stop Delight |
| 08/02/2012 | hot gymnastics  lesbo.mp4 |
| 08/02/2012 | Nubiles.12.07.27.Chloe.Blue.Hardcore.XXX.720p.WMV-KTR |
| 08/02/2012 | Asian Fever 31- Je |
| 08/01/2012 | ShesBoss.10.12.10.Nicole.Facesitter.Nightclub.Knockout.XXX.WMV-OHRLY |
| 08/01/2012 | Pantyhosed4U.12.07.23.Lucy.Zara.Silky.Legged.Seduction.XXX.720p.WMV-KTR |
| 08/01/2012 | Rikki.Six.Ryan.Driller.MySistersHotFriend.07.30.12.FullHD_iyutero.com.mp4 |
| 08/01/2012 | Twistys.Emily.Addison.Hawaiian.Treat.XXX.720p.pornalized.mp4 |
| 08/01/2012 | Pure18 - Maryjane Johnson |
| 07/21/2012 | My Friends Hot Mom - Emma Starr |
| 07/21/2012 | miranda-jordan-smoking-gymnast-nude.mp4 |
| 07/21/2012 | Naomi.West.First.Nude.Massage.MassageCreep.06.06.12_iyutero.com.mp4 |
| 07/21/2012 | Girlfriends.Hot.Mom.RealityKings.DvDRip.Disc3.2012_iyutero.com.avi |
| 07/21/2012 | Home.and.Away.S25E93.Episode.5528.XviD-DAVENET.avi |
| 07/21/2012 | Moonrise Kingdom 2012 DVDRiP XViD - ViP3R |
| 07/20/2012 | My Friends Hot Mom Lisa Ann |
| 07/20/2012 | Tatibana Hisami - Nude Lactating Ballet Dancer .avi |
| 07/20/2012 | MySonsGf.com - Katerina - Nude sunbathing in the country goes wrong.mp4 |
| 07/20/2012 | White Moms Julia Ann |
| 07/20/2012 | Mandii.Mom.On.Wheels.MilfHunter.07.xx.12_iyutero.com.mp4 |
| 07/20/2012 | Seeking Justice 2012 DVDRip XviD-FTW |
| 07/20/2012 | My Friends Hot Mom - Priya Anjali Rai |
| 07/20/2012 | My Friends Hot Mom - Julia Ann |
| 07/20/2012 | Fun FeaT Janelle Monae-We Are YounG.wma |
| 07/20/2012 | My Friends Hot Mom - Ariella Ferrera |
| 07/20/2012 | Moms Bang Teens - Kristal Summer, Avril Hall |
| 07/20/2012 | Moms Bang Teens - CALLIE CYPRUS + ARIELLA FERRERA |
| 07/20/2012 | Moms Bang Teens - VICTORIA VOLT + ALEXANDRA SILK |

EXHIBIT C