IN THE EASTERN DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

        Plaintiff,                      Case No.: 13-CV-526

  v.

DANIEL PLAUTZ,

        Defendant.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Thomas S. Reynolds II and James B. Barton of Hansen Reynolds Dickinson Crueger LLC, appear as counsel for Daniel Plautz in this action and that all future documents served in this action should be directed to their attention at the address stated below.

*Respectfully submitted this 3rd day of December, 2013*

                                      **HANSEN REYNOLDS DICKINSON CRUEGER LLC**

                                      /s/Thomas S. Reynolds, II
                                      Thomas S. Reynolds II
                                      James B. Barton
                                      316 N. Milwaukee Street, Suite 200
                                      Milwaukee, WI 53202
                                      Ph. 414.273.8470
                                      Fax 414.273.8476
                                      Email: treynolds@hrdclaw.com
                                                jbarton@hrdclaw.com

                                      *Counsel for Defendant, Daniel Plautz*