**IN THE EASTERN DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

MALIBU MEDIA, LLC,

               Plaintiff,                        Case No.: 13-CV-526

     v.

DANIEL PLAUTZ,

               Defendant.

**ORDER TO EXTEND TIME FOR DEFENDANT TO**
**RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS SO ORDERED, pursuant to the Unopposed Motion To Extend Time for Defendant to Respond to Plaintiff's Complaint, that the deadline for Defendant's response is extended from December 9, 2013 to January 3, 2014.

Entered this 5th day of December 2013.

                                 BY THE COURT

                                 <u>s/ Lynn Adelman</u>
                                 Lynn Adelman
                                 District Judge