UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,
    Plaintiff,

v.    Case No. 13-CV-00526

DANIEL PLAUTZ,
    Defendant.

## ORDER

**IT IS ORDERED** that a telephonic Fed. R. Civ. P. 16(b) scheduling conference will be held on **February 21, 2014 at 11:00 a.m.** The court will initiate the call. The participation of the attorney who will be handling the case is required and should be noted in the Rule 26(f) report together with the contact information.

The parties should note Fed. R. Civ. P. 26(f), which requires that they confer with each other at least 21 days before the Rule 16(b) scheduling conference and file a written report of their proposed discovery plan within 14 days after their Rule 26(f) conference. The first paragraph of the joint Rule 26(f) report should state the date and time given above for the Rule 16(b) scheduling conference. The parties should also note Rule 26(a)(1), which requires (unless they agree otherwise) that they make their initial disclosures to each other within 14 days after their Rule 26(f) conference.

Dated at Milwaukee, Wisconsin, this 6th day of January 2014.

    s/ Lynn Adelman
    _____
    LYNN ADELMAN
    District Judge